NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-7819
    Email: Louisa.Kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SARA CELNIK COCKRELL,<br><br>    Defendant. | No. CV 20-6594<br><br>[CR 04-1436-ER]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE MARY LEE AMERIAN, A MEDICAL CORPORATION**<br>**[28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Sara Celnik Cockrell*, CR 04-1436-ER. In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On April 25, 2005, the Court entered an order imposing the following criminal judgment debt against defendant-judgment debtor Sara Celnik Cockrell:

- Restitution: $342,116.89 plus interest
- Special assessment: $300.00

Sara Celnik Cockrell's Social Security Number is XXX-XX-8675, and she resides in Los Angeles, California. As of July 23, 2020, Sara Celnik Cockrell's criminal debt balance is $503,238.60. Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee Mary Lee Amerian, A Medical Corporation, is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property. Specifically, it is believed that Mary Lee Amerian, A Medical Corporation, pays nonexempt disposable earnings to Sara Celnik Cockrell. By and through this Writ of Garnishment, the United States seeks to garnish 25% of Sara Celnik Cockrell's disposable earnings for each pay period that Mary Lee Amerian, A Medical Corporation, owes or will owe, money or property to Sara Celnik Cockrell. 28 U.S.C. § 3205 (b)(1)(C); *see also* 15 U.S.C. § 1673. Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Sara Celnik Cockrell's gross earnings. 15 U.S.C. §1672(b).

///
///
///

The name and address of Garnishee or the Garnishee's authorized agent is:

**Mary Lee Amerian, A Medical Corporation**
**2336 Santa Monica Blvd., Suite 209**
**Santa Monica, California 90404**

Dated: July 23, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

　/s/ *Louisa O. Kirakosian*
LOUISA O. KIRAKOSIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America